December 30, 1970

**Baden-Economy School District Appeal.**

Argued November 12, 1970. *Harvey R. Robinson,* with him *Luce & Robinson,* for appellant; *Patrick H. Washington,* Deputy Attorney General, with him *Fred Speaker,* Attorney General, for appellee.

Order affirmed.